ALFRED LEE STATEN v. THE STATE.

No. 21040. Delivered April 10, 1940.

The opinion states the case.

*Robert C. Benavides,* of Dallas, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

GRAVES, Judge.

The conviction is for murder with malice; the punishment assessed is confinement in the State penitentiary for a term of thirty years.

The record before this court contains neither a statement of facts nor bills of exception, hence nothing is presented for review. The indictment seems to be regular. The motion for a new trial contains matters alleged to be errors committed upon the trial of this cause, which we are unable to correctly appraise on account of the absence of a statement of facts and bills of exception.

The judgment is affirmed.